IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHAQUILLE PARKER, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|   v. | ) | 2:15cv340-MHT |
| | ) | (WO) |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
|   Defendants. | ) | |

## JUDGMENT

After an independent and de novo review of the record, including the objection of the plaintiff, it is ORDERED as follows:

(1) Plaintiff Shaquille Parker's objection (doc. no. 13) is overruled.

(2) The magistrate judge's recommendation (doc. no. 9) is adopted.

(3) Plaintiff Parker's claims challenging the constitutionality of the decision of correctional officials to place him in the close-custody classification are dismissed with prejudice.

(4) Defendants Angela Lawson and Central Records are dismissed as defendants and terminated as parties to this action.

(5) Plaintiff Parker's claims that the conditions of confinement in lock-up or close custody violate the Eighth Amendment are referred back to the magistrate judge for further proceedings.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 31st day of July, 2015.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE