IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SHAQUILLE PARKER,              )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:15cv340-MHT
                               )          (WO)
JEFFERSON S. DUNN, ADOC        )
Commissioner, et al.,          )
                               )
     Defendants.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 52) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 51) is adopted.

(3) Defendants' motions for summary judgment (doc. nos. 23, 24, 42 & 48) are granted.

(4) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his

complaint.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of August, 2018.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE